IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CAUSE NO. 4:06-cr-136 |
| | § | |
| DAVID CARL HARVEY | § | |

### ORDER ON MOTION AND BRIEF FOR DISCLOSURE ON UNINDICTED CO-CONSPIRATOR, CO-DEFENDANT, OR OTHER WITNESSES

On this the _____ day of _____, 2006, came on to be considered the Motion and Brief For Disclosure On Unindicted Co-Conspirator, Co-Defendant, or Other Witnesses filed in the above captioned and entitled cause by the Defendant, DAVID CARL HARVEY. The Court, after considering the pleadings, evidence presented and arguments of counsel, is of the opinion that the said Motion should be (GRANTED) (DENIED).

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Motion and Brief For Disclosure On Unindicted Co-Conspirator, Co-Defendant, or Other Witnesses filed by the Defendant, DAVID CARL HARVEY, be and the same hereby is (GRANTED for in all things prayed) (DENIED, to which the Defendant excepts).

SIGNED and ENTERED this _____ day of _____, 2006.

_____
Judge Presiding

**ORDER ON MOTION AND BRIEF FOR DISCLOSURE ON UNINDICTED
CO-CONSPIRATOR, CO-DEFENDANT, OR OTHER WITNESSES- Page Solo**