IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | NO. 4:06CR136 |
| § | |
| DAVID CARL HARVEY (1) § | |

### ORDER FOR WRIT AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Petition for Writ of Habeas Corpus Ad Testificandum of the United States Attorney for the Eastern District of Texas in behalf of the United States of America, on this date came on for consideration, and it appearing to the Court that the Petition states good and sufficient cause for the issuance of the Writ of Habeas Corpus Ad Testificandum as requested, it is now hereby,

ORDERED and DIRECTED that the United States Marshal, Eastern District of Texas and Warden, Texas Department of Corrections, shall produce and have the body of Richard Lane Dyer, TDC No. 1384095, witness herein, who is detained in the custody of the Warden, Texas Department of Corrections, before the United States District Court for the Eastern District of Texas, in Sherman, Texas, on the 23rd day of October, 2006 at 9a.m., then and there to testify in connection with matters then being heard by the Court; and after having so testified and been duly discharged by the Court, to return the said witness under safe and secure conduct to the custody of the said Warden, Texas Department of Corrections, unless otherwise ordered by the Court at the conclusion of said proceedings; and have you then and there this Writ.

SIGNED this _____ day of _____, 2006.