ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
OCT 17 2006
DAVID J. MALAND, CLERK
BY_____
DEPUTY_____

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| vs. | § | Criminal No. 4:06cr136 |
| | § | (Judge Schell) |
| DAVID CARL HARVEY (1) | § | |

## FACTUAL STATEMENT

Investigation by the United States Secret Service disclosed the following facts which establish that I, the defendant, DAVID CARL HARVEY, violated Title 18, U.S.C., Section 1029(a)(5), and which I accept as true and correct:

From on or about August 28, 2003, through on or about September 16, 2003, in the Eastern District of Texas and elsewhere, I did knowingly and with intent to defraud, effect transactions with one or more access devices issued to Mark Koval, to receive things of value during a one-year period, to-wit: two power generators, car rental, cellular phone service, and cellular phones the aggregate value of which was equal to or greater than $1,000.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Resume, Plea Agreement, and the Indictment and have discussed them with my attorney and fully understand them. I fully understand the contents of this Factual Resume and agree without reservation that it accurately describes the events and my acts. I acknowledge that these acts violated Title 18, United States Code, Section 1029(a)(5). I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case. I am pleading guilty because I am guilty as charged in Count Two of the Indictment in this case.

_____
DAVID CARL HARVEY
Defendant

Factual Statement
DAVID CARL HARVEY - Page 1


EXHIBIT 3

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

      I have read this Factual Resume, Plea Agreement, and the Indictment and have reviewed them with my client, DAVID CARL HARVEY. Based upon my discussions with the defendant, DAVID CARL HARVEY, I am satisfied that he understands the Factual Resume, Plea Agreement, and the Indictment.

_____
NEIL DURRANCE
Attorney for Defendant

**Factual Statement**
**DAVID CARL HARVEY - Page 2**