# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

FILED-CLERK
U.S. DISTRICT COURT

2006 OCT 24  PM 4: 17

TEXAS-EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. 4:06cr136 |
| | § | (Judge Schell) |
| DAVID CARL HARVEY (1) | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
## FINDING DEFENDANT GUILTY ON COUNT TWO OF THE INDICTMENT

On this day, the Court considered the Findings of Fact and Recommendation of

United States Magistrate Judge Don D. Bush regarding Defendant's plea of guilty to

Count Two of the Indictment in the above-numbered cause.  Having conducted a

proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Magistrate

Judge recommends that the Court accept the plea agreement and the guilty plea of the

Defendant.  The Court is of the opinion that the Findings of Fact and Recommendation

should be accepted.

It is accordingly ORDERED that the Findings of Fact and Recommendation of the

United States Magistrate Judge are hereby ADOPTED.

It is further ORDERED that, pursuant to Defendant's plea agreement, the Court

finds Defendant GUILTY on Count Two of the Indictment in the above-numbered

cause.

**SIGNED** this 24th day of October , 2006.

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE