**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CRIMINAL NO. 4:06-CR-136-001** |
| | § | |
| **DAVID CARL HARVEY** | § | |

**ORDER**

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report and Recommendation of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of the present action, has been presented for consideration. The parties waived objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

**SIGNED this the 4th day of October, 2007.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE