```
                                            U.S. DISTRICT COURT
                                         NORTHERN DISTRICT OF TEXAS
                                                   FILED

            IN THE UNITED STATES DISTRICT COURT      MAY 28 2009
            FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION
                                         CLERK, U.S. DISTRICT COURT
                                         By_____
                                                   Deputy
```

UNITED STATES OF AMERICA §
§
V. § NO. 4:09-MJ-119
§
DAVID CARL HARVEY §

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The above-named defendant has testified under oath, or has otherwise satisfied this court that such defendant (1) is financially unable to employ counsel, (2) wants to be represented by counsel, and (3) has not waived representation by counsel; accordingly,

It is ordered that the Federal Public Defender's Office for this District be and hereby is appointed pursuant to Section 3006A of Title 18, United States Code to represent the defendant named above.

It is further ordered that the Federal Public Defender's Office be given immediate access to the above-named Defendant.

Signed: May 28, 2009.

*[signature]*
CHARLES BLEIL
UNITED STATES MAGISTRATE JUDGE

