AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
EASTERN DISTRICT OF TEXAS
Sherman

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |
| DAVID CARL HARVEY | |
| | Case Number: 4:06CR00136-001 |
| | USM Number: 13285-078 |
| | Denise Benson |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   7, Special, Special, Special   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 7 | The defendant will refrain from excessive use of alcohol and will not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | 05/01/2008 |
| Special | The defendant shall reside in a residential reentry center or similar facility, in a prerelease component, for a period of 270 days to commence upon release from confinement and shall observe the rules of that facility. | 05/06/2008 |

   The defendant is sentenced as provided in pages 2 through   9   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| | |
|---|---|
| Defendant's Soc. Sec. No.: xxx-xx-9609 | 7/24/2009 |
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: xx/xx/1976 | /s/ Richard A. Schell |
| | Signature of Judge |
| Defendant's Residence Address: | |
| 140 RUSSELL DRIVE | RICHARD A. SCHELL, United States District Judge |
| SULPHER SPRINGS, TX 75482 | UNITED STATES DISTRICT JUDGE |
| | Name and Title of Judge |
| | |
| Defendant's Mailing Address: | 7/30/09 |
| 140 RUSSELL DRIVE | Date |
| SULPHER SPRINGS, TX 75482 | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant shall participate in a program of testing and treatment for drug abuse, under the guidance and direction of the U.S. Probation Office, until such times as the defendant is released from the program by the program officer. | 03/24/2008 |
| Special | David Carl Harvey shall pay restitution in the amount of $18,835.70. Restitution that remains unpaid when the defendant's supervision commences will be paid on a monthly basis at a rate of at least 10% of the defendant's gross income. | 05/01/2008 |

DEFENDANT: DAVID CARL HARVEY
CASE NUMBER: 4:06CR00136-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of : 14 months

No supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

The court recommends that defendant be designated to FCI Fort Worth, if eligible.
The court recommends that defendant participate in the 500 hour residential drug abuse treatment program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: DAVID CARL HARVEY
CASE NUMBER: 4:06CR00136-001

Judgment — Page 4 of 9

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 18,835.70 |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☑ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| R & K RENTALS | 3,000.00 | 3,000.00 | 0% |
| WELLS FARGO BANK | 2,859.68 | 2,859.68 | 0% |
| BEST WESTERN INN & SUITES | 75.00 | 75.00 | 0% |
| OFFICE MAX | 1,234.01 | 1,234.01 | 0% |
| ENTERPRISE RENT-A-CAR | 1,237.13 | 1,237.13 | 0% |
| SPRINT PCS | 794.96 | 794.96 | 0% |
| ALLIANCE BANK | 250.00 | 250.00 | 0% |
| DELL FINANCIAL SERVICES | 2,994.73 | 2,994.73 | 0% |
| WESTERN WIRELESS | 1,573.67 | 1,573.67 | 0% |
| BANK OF AMERICA, ATTN: L. MCFARLANE | 1,252.30 | 1,252.30 | 0% |
| FIRST CHOICE POWER | 464.41 | 464.41 | 0% |
| **TOTALS** | $ 18,835.70 | $ 18,835.70 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☑ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

  ☑ the interest requirement is waived for the ☐ fine ☑ restitution.

  ☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DAVID CARL HARVEY
CASE NUMBER: 4:06CR00136-001

Judgment—Page 5 of 9

## ADDITIONAL TERMS FOR CRIMINAL MONETARY PENALTIES

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| TBI BANK OF THE KEYS | 3,099.81 | 3,099.81 | 0% |

\* Findings for the total amount of losses are required by Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

DEFENDANT: DAVID CARL HARVEY
CASE NUMBER: 4:06CR00136-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

**A** ☑ Lump sum payment of $ 100.00 due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☑ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

Restitution that remains unpaid when the defendant's supervision commences is to be paid on a monthly basis at a rate of at least 10% of the defendant's gross income, to be changed during supervision, if needed, based on the defendant's changed circumstances, pursuant to 18 U.S.C. Section 3664(k). Additionally, at least 50% of receipts received from gifts, tax returns, inheritances, bonuses, lawsuit awards, and any other receipt of money (to include, but not limited to, gambling proceeds, lottery winnings, and found money) must be paid toward the unpaid fine balance within 15 days of receipt.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to :
the U.S. District Court, Fine & Restitution Section, P.O. Box 570, Tyler, TX 75710.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

Defendant is jointly and severally liable with co-defendants, Jessica Lynn Coulter (2) and Stacy D. Tucker (3), for payment of the restitution set forth herein.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

DEFENDANT: DAVID CARL HARVEY
CASE NUMBER: 4:06CR00136-001

# ADDITIONAL DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant numbers) | Total Amount | Joint and Several Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 3,099.81 | TBI BANK OF THE KEYS |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 3,000.00 | R & K RENTALS |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 2,994.73 | DELL FINANCIAL SERVICES |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 2,859.68 | WELLS FARGO BANK |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 1,573.67 | WESTERN WIRELESS |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 1,252.30 | BANK OF AMERICA, ATTN: L. MCFARLANE |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 1,237.13 | ENTERPRISE RENT-A-CAR |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 1,234.01 | OFFICE MAX |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 794.96 | SPRINT PCS |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 464.41 | FIRST CHOICE POWER |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 250.00 | ALLIANCE BANK |
| Defendant  DAVID CARL HARVEY<br>4:06CR00136-001 | 18,835.70 | 75.00 | BEST WESTERN INN & SUITES |
| Co-Defendant  JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 3,099.81 | TBI BANK OF THE KEYS |

## ADDITIONAL DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant numbers) | Total Amount | Joint and Several Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 3,000.00 | R & K RENTALS |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 2,994.73 | DELL FINANCIAL SERVICES |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 2,859.68 | WELLS FARGO BANK |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 1,573.67 | WESTERN WIRELESS |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 1,252.30 | BANK OF AMERICA, ATTN: L. MCFARLANE |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 1,237.13 | ENTERPRISE RENT-A-CAR |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 1,234.01 | OFFICE MAX |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 794.96 | SPRINT PCS |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 464.41 | FIRST CHOICE POWER |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 250.00 | ALLIANCE BANK |
| Co-Defendant JESSICA LYNN COULTER<br>4:06CR00136-002 | 18,835.70 | 75.00 | BEST WESTERN INN & SUITES |
| Co-Defendant STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 3,099.81 | TBI BANK OF THE KEYS |
| Co-Defendant STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 3,000.00 | R & K RENTALS |

# ADDITIONAL DEFENDANTS HELD JOINT AND SEVERAL

| Case Number<br>Defendant and Co-Defendant Names<br>(including defendant numbers) | Total Amount | Joint and Several Amount | Corresponding Payee,<br>if appropriate |
|---|---|---|---|
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 2,994.73 | DELL FINANCIAL SERVICES |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 2,859.68 | WELLS FARGO BANK |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 1,573.67 | WESTERN WIRELESS |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 1,252.30 | BANK OF AMERICA, ATTN: L. MCFARLANE |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 1,237.13 | ENTERPRISE RENT-A-CAR |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 1,234.01 | OFFICE MAX |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 794.96 | SPRINT PCS |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 464.41 | FIRST CHOICE POWER |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 250.00 | ALLIANCE BANK |
| Co-Defendant   STACY TUCKER<br>4:06CR00136-003 | 18,835.70 | 75.00 | BEST WESTERN INN & SUITES |